MAY 14, 1802.

# Charles Smith, Sr., *v.* R. and S. Cutrights.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Bourbon county.*

Where arbitrators award upon matters which, by no legal intendment, can be within the submission, the judgment based upon this award will be reversed.

The subject-matter in controversy being so imperfectly and defectively stated in the submission, can afford no foundation for an award; and the arbitrators have awarded upon matters which by no legal intendment, can be within the submission. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside, and that the plaintiff recover of the defendants his costs in this behalf expended, which is ordered to be certified to the said court.